**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00360-REB-CBS

WESLEY N. BLANCHARD, SR.,

    Plaintiff,

v.

DEPUTY KEITH DUDA, El Paso County Sheriff (in his personal and official capacities), and
COMMANDER KING, El Paso County Sheriff's Office (in his personal and official capacities,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Dismissal With Prejudice** [#23][1] filed May 19, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Dismissal With Prejudice** [#23] filed May 19, 2014, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

      3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated May 19, 2014, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge